IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 02-cv-02162-WDM

DELORES GONZALES,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____

**MINUTE ORDER**
_____

    The following Minute Order is entered by Judge Walker D. Miller:

    The motion for entry of judgment is granted.  The clerk shall enter judgment in accordance with Judge Miller's February 3, 2004 order.

Dated: August 16, 2005

                                          /s/ Jane Trexler, Secretary/Deputy Clerk