UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No.  02-cv-02162-WDM

DELORES GONZALES,

    Plaintiff,

v.

MICHAEL J. ASTRUE,

    Defendant.

## ORDER FOR ATTORNEYS' FEES

Miller, J.

    Subject to my approval, the parties have stipulated to an award of attorneys' fees and expenses to plaintiff's counsel in the amount of $3,927.50 under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  After review of the result in this case, I now approve that award.

    Accordingly, it is ordered:

1.    The Verified Petition for Approval of a Fee filed April 13, 2007, is granted.

2.	Counsel for plaintiff is awarded attorneys' fees and expenses in the total amount of $3,927.50.

DATED at Denver, Colorado, on April 24, 2007.

                BY THE COURT:


                s/ Walker D. Miller
                United States District Judge