IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 02-cv–2162-WDM-MJW

DELORES GONZALES,

      Plaintiff,

v.

MICHAEL J. ASTRUE,

      Defendant.

_____

## AMENDED ORDER FOR ATTORNEY FEES

_____

      This matter is before me on Plaintiff's counsel's "Unopposed Motion to Correct April 24, 2007 Order for Attorney Fees" (Doc. No. 38) by which counsel seeks an order amending my original order granting an award of attorney fees (Doc. No. 37) to reflect that the award was made pursuant to 42 U.S.C. § 406(b) and not to the Equal Access to Justice Act ("EJA") 28 U.S.C. § 2412(d).  Plaintiff's counsel is correct and the previous order was in error as documents submitted and Defendant's response makes plain that the award was pursuant to 42 U.S.C. § 406(b).  The parties have stipulated to the award of attorney fees and expenses in the amount of $3,927.50.

Accordingly, it is ordered, pursuant to 42 U.S.C. § 406(b), the Plaintiff's counsel's petition is granted and counsel for plaintiff is awarded attorney fees and expenses in the total amount of $3,927.50.

DATED at Denver, Colorado, on December 1, 2009.

BY THE COURT:


s/ Walker D. Miller
United States Senior District Judge